PEOPLE ex rel. CORSCADDEN v. HOWE, County Treasurer.

(Supreme Court, Appellate Division, Third Department. November 17, 1903.)

1. PUBLIC OFFICERS—COMPENSATION.

    A public officer who has acted and is acting under a salary prescribed by statute to which he is entitled, for services rendered, assuming that the right to remove him exists, is entitled to full pay until his removal.

Appeal from Special Term, Albany County.

Mandamus by the people, on the relation of John E. Corscadden, against John A. Howe, as county treasurer. From an order directing a peremptory writ of mandamus requiring defendant to pay relator his salary as superintendent of the Albany penitentiary, defendant appeals. Affirmed. See 82 N. Y. Supp. 347.

Argued before PARKER, P. J., and SMITH, CHASE, CHESTER, and HOUGHTON, JJ.

J. S. Frost (J. Newton Fiero, of counsel), for appellant.

Countryman & Du Bois, for respondent.

SMITH, J. We see no ground for this appeal. The relator has acted and is acting as superintendent of the penitentiary under a salary prescribed by statute, to which he is clearly entitled. He has not been removed by the commission, and, if the right of the commission to remove him be assumed for the argument, until he is removed he is entitled to full pay for services rendered.

The order should therefore be affirmed, without costs. All concur.